**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Terrance Woodruff,<br><br>Plaintiff,<br>v.<br><br>Shana Peeler, *et al.*<br><br>Defendants. | Case No. 5:25-cv-13830-RMG<br><br><br>**ORDER** |

This matter is before the Court upon the Report and Recommendation ("R&R") of the Magistrate Judge, recommending that this action be dismissed with prejudice for failure prosecute the claim under Fed. R. Civ. P. 41(b). (Dkt. No. 36). The parties were advised that they had 14 days to file written objections to the R & R and that a failure to timely file objections would result in clear error review and a waiver of the right to appeal the district court's order. (*Id*. at 6). No written objections have been filed.

## I. Legal Standard

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R&R to which specific objections are made. *See* 28 U.S.C. § 636(b)(1). Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. Where a party fails to timely file any specific objections, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation and punctuation omitted).

## II. Discussion

Plaintiff filed this § 1983 action alleging that the Defendants violated his constitutional rights. On July 13, 2026, Defendants filed a motion for summary judgment. The Magistrate Judge entered an order advising Plaintiff, a pro se litigant, of the importance of the motion and the potential consequences of the motion. Plaintiff filed no response to the motion for summary judgment. The Magistrate Judge entered a second order inquiring whether Plaintiff wished to continue this litigation and gave him 30 additional days to respond to the motion. Plaintiff filed no response. The Magistrate Judge thereafter submitted this R & R recommending the dismissal of this action. Plaintiff was advised he had 14 days to file written objections. Plaintiff filed no objections to the R & R.

Based on the foregoing, the Court finds that the Magistrate Judge correctly concluded that this case should be dismissed for failure to prosecute.

## III. Conclusion

The R&R (Dkt. No. 36) is **ADOPTED** as the Order of the Court. This action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Fed. R. Civ. P.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 26, 2026
Charleston, South Carolina